

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Edward C. Moss**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

<span style="color:red">EFILED Document – District Court
CO Adams County District Court 17th JD
2011CV910
Filing Date: Jul 26 2011  8:28AM MDT
Transaction ID: 38887624</span>

| | |
|---|---|
| DISTRICT COURT, ADAMS COUNTY, STATE OF COLORADO<br><br>Court Address:   1100 Judicial Center Drive, Brighton, Colorado, 80601<br><br>Phone Number:   (303) 659-1161 | |
| KEN HACK,<br><br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, a national banking association,<br><br>Defendant. | ▲ **COURT USE ONLY** ▲<br><br>Case No:  2011cv910<br><br>Division:  A |
| **[PROPOSED] ORDER RE: EXTENSION OF TIME TO ANSWER OR RESPOND TO AMENDED COMPLAINT** | |

THE COURT, having reviewed Defendant's Unopposed Motion for Extension of Time to Answer or Respond to Amended Complaint, and being fully advised in the premises thereof, hereby

GRANTS said Motion; and

ORDERS that U.S. Bank shall have until August 9, 2011 in which to answer, move, or otherwise respond to the Amended Complaint.

DONE and ORDERED this _____ day of July, 2011.

_____
District Court Judge

fb.us.7068318.01

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Adams County District Court 17th JD |
| **Judge:** | Edward C Moss |
| **File & Serve Transaction ID:** | 38862437 |
| **Current Date:** | Jul 26, 2011 |
| **Case Number:** | 2011CV910 |
| **Case Name:** | HACK, KEN vs. US BANK HOME MTG et al |

**/s/ Judge Edward C Moss**