IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-02041-WYD-KMT

KEN HACK,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, a national banking association,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendant US Bank National Association.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  August 8, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge