IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02041–REB–KMT

KEN HACK,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, a national banking association,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Plaintiff's Counsel's Unopposed Motion to Withdraw" (#15, filed August 10, 2011). Being otherwise fully advised, it is hereby ORDERED that the Motion (#15) is GRANTED. Attorneys Martin A. Bloom and Briana K. Wiederspahn are relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Bloom and Ms. Wiederspahn from the electronic certificate of mailing.

Dated: August 11, 2011