**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02041-REB-KMT

KEN HACK,

     Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, a national banking association,

     Defendant.

---

### ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice All Claims Against U.S. Bank** [#32][1] filed April 11, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss With Prejudice All Claims Against U.S. Bank** [#32] filed April 11, 2012, is **GRANTED**;

2.  That the Trial Preparation Conference set for October 26, 2012, is **VACATED**;

3.  That the trial to the court set to commence October 29, 2012, is **VACATED**; and

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 11, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge